IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW5:99CR44-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| RODGER THEODORE ATWOOD, II. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and ORRSTOWN BANK:

A judgment was entered on May 8, 2000, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Rodger Theodore Atwood, II, whose last known address is XXXXXXXXX, Newport, PA 17074, in the sum of $62,113.00. The balance on the account as of February 14, 2011 is $61,738.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Orrstown Bank is commanded to **turn over property** in which the Defendant, Rodger Theodore Atwood, II, has a substantial nonexempt interest, the said property being funds located in Orrstown Bank accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), located at Orrstown Bank, 2695 Philadelphia Avenue, Chambersburg, PA 17201.

**SO ORDERED**.           Signed: February 23, 2012

_____
David S. Cayer
United States Magistrate Judge